# Court of Appeals
# of the State of Georgia

ATLANTA,  January 18, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0910.  JUDSON RUFFIN v. THE STATE.**

Judson Ruffin was found guilty of murder and other crimes and was sentenced to death. On appeal, the Georgia Supreme Court affirmed his convictions and sentence. *Ruffin v. State*, 243 Ga. 95 (252 SE2d 472) (1979). After Ruffin successfully petitioned for habeas corpus relief in federal court, however, his convictions were reversed. See *Ruffin v. Kemp*, 767 F.2d 748 (11th Cir. 1985). Ruffin was then re-indicted on the same charges. In 1994, he pleaded guilty to the charges in exchange for a sentence of life without possibility of parole. In 2018, Ruffin filed a motion to vacate and correct a void sentence. The trial court dismissed the motion, and Ruffin appealed to this Court. We, however, lack jurisdiction.

Under our Constitution, the Georgia Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death can be imposed for the crime of murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of

murder"). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, 01/18/2019*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

      *Stephen E. Castlen*  *, Clerk.*